**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 18-7143**

_____

COREY ALLAN DONALDSON,

Petitioner - Appellant,

v.

BRICK TRIPP,

Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:16-hc-02275-D)

_____

Submitted:  January 29, 2019                          Decided:  February 14, 2019

_____

Before MOTZ, FLOYD, and RICHARDSON, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Corey Allan Donaldson, Appellant Pro Se.  Rudy E. Renfer, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey Allan Donaldson, a former federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2012) petition. Donaldson has been removed from the United States to Australia and is no longer being held in any type of federal detention. Because he is no longer in U.S. custody and this court cannot grant him the declaratory relief he seeks, we dismiss the appeal as moot. *See* 28 U.S.C. § 2201(a) (2012); *MedImmune, Inc. v. Genentech, Inc.,* 549 U.S. 118, 127 (2007) (explaining case or controversy requirement of Declaratory Judgment Act). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*